UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MEGRDITCHIAN,<br><br>                 Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>                 Defendant. | Case No.: 3:23-cv-01734-H-DEB<br><br>**SCHEDULING ORDER** |

On September 19, 2023, Plaintiff David Megrditchian ("Plaintiff") filed a complaint against Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, ("Defendant") seeking judicial review of an administrative denial of disability benefits under the Social Security Act pursuant to 42 U.S.C. § 405(g). (Doc. No. 1.) On November 17, 2023, Defendant filed an answer and certified administrative record in the action. (Doc. No. 9.) See Rule 4(b) of the Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g) (stating that "[a]n answer may be limited to a certified copy of the administrative record"); S.D. Cal. Civ. L.R. 7.1(e)(6)(d) (same).

Accordingly, pursuant to Rules 6–8 of the Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g) in the Federal Rules of Civil Procedure, the Court issues the following briefing schedule:

1. Plaintiff's brief for requested relief must be filed by **December 18, 2023**;

2. Defendant's responsive brief must be filed by **January 17, 2024**;

3. Plaintiff's reply brief must be filed by **January 31, 2024**.

The Court concludes that this matter is appropriate for resolution without oral argument and will submit this matter on the parties' papers pursuant to Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

DATED: November 20, 2023

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT